**Lynn Ellen MENDES, Plaintiff–Appellant,**

v.

**Charles BROWN; Charlotte Mecklenburg Public Library, Defendants–Appellees.**

**No. 11–1710.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 9, 2012.

Decided: Feb. 13, 2012.

Lynn Ellen Mendes, Appellant Pro Se.

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lynn Ellen Mendes appeals the district court's orders dismissing her 42 U.S.C. § 1983 (2006) complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B) (2006), and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mendes v. Brown,* No. 3:10–cv–00397–RLV–DCK (W.D.N.C. Nov. 19, 2010; Aug. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*